**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CORNELL PERKINS,**<br>*Plaintiff,*<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>***BADGE NUMBER 7097*,**<br>*Defendant.* | **Civil No. 26-4995** |

**ORDER**

**AND NOW**, this 23rd day of October, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 5) and all corresponding briefing, it is hereby **ORDERED** that the Motion is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge